UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   Criminal No. M-21-1935 |
| | § |
| JAVIER EDEN GONZALEZ, JR. | § |

## NOTICE OF RELATED CASES

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW the United States of America, by and through its Attorney and Assistant United States Attorney assigned to this matter, and hereby provides this written notice, pursuant to Local Rule LR5.2, Related Litigation Policy, of related cases. Specifically, this cause is related to cause number M-21-1772 (U.S. vs. Ignacio Garza, et al) which has been assigned to the Honorable United States District Judge Randy Crane.

Respectfully submitted,

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By:   /s/Patricia Cook Profit
PATRICIA COOK PROFIT
Assistant United States Attorney
United States Attorney's Office
Bentsen Tower
1701 West Highway 83
Suite 600
McAllen, Texas 78501
(956) 618-8010